NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ORION IP, LLC,**
*Plaintiff-Appellee,*

v.

**HYUNDAI MOTOR AMERICA,**
*Defendant-Appellee,*

v.

**JONATHAN LEE RICHES,**       ·
*Movant-Appellant.*

---

2012-1432

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 05-CV-0322, Chief Judge Leonard Davis.

## ORDER

Jonathan Lee Riches appeals the United States District Court for the Eastern District of Texas's denial of his motion to intervene in case no. 05-CV-0322.

In denying Riches's motion to intervene, the district court noted that "Riches is a federal prisoner who has moved to intervene in other suits. . . . Riches present[s] no evidence or reasoning for why [he has] an interest in this

closed case." The court further observed that "Riches is well known to courts throughout the country and has been sanctioned by other courts." The court chose to enforced the sanctions imposed by the Eastern District of Kentucky in *In re Air Crash at Lexington, Kentucky on August 27, 2006*, 2009 WL 1870857 (E.D. Ky. June 25, 2009), and enjoined Riches "from submitting for filing any document(s), pleading(s), or letter(s) . . . in any case to which Jonathan Lee Riches is not a named party" absent specific additional submissions.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Riches is directed to show cause within 60 days of the date of this order as to why the district court's ruling should not be summarily affirmed. Orion IP, LLC, and Hyundai Motor America may also respond.

(2) The briefing schedule is stayed.

FOR THE COURT

**JUN 2 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jonathan Lee Riches
Andrew W. Spangler, Esq.
Gene C. Schaerr, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 1 2012

JAN HORBALY
CLERK